Francisco Santos #13-A-0532
Upstate Correctional Facility
309 Bare Hill Road, P.O. Box. 2001
Malone, New York 12953

Attn: Clerk of the Court
United States District Court
Western District of New York
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

April 1, 2022

RE: Santos V. Wood, et al.,
Case No.: 20-CV-721

Sir or Madam

Please accept this Correspondence as Plaintiff's Pro Se letter Motion seeking this Court's Clarification and, if need be, an additional 30 days extension to filed/submit an objection to the Court's [Dkt. No. 57] Report, Recommendation and Order.

On March 21, 2022 the Plaintiff Submitted a Pro Se Notice of Voluntary Dismissal of the above-entitled action in its entirety by Serving said Pro Se Notice upon the Defendants' Counsel and with the Court via First-Class Mail delivery, along with supporting declaration & declaration of Service, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Today, via legal Mail procedure, the Pro Se Plaintiff received a copy of the issued Court's [Dkt. No. 57] Report, Recommendation and Order, along with the Text [58] Order, issued & filed on March 28, 2022.

Due to Plaintiff's Pro Se Notice of Voluntary Dismissal of the above-entitled Pro Se action in its entirety Submitted/filed on March 21, 2022, and this Court's [Dkt. No. 58] Text Order filed on March 28, 2022, and received by the Plaintiff on April 1, 2022, the Pro Se Plaintiff is Completely perplex and Confused not only as to the issued order, but as well,

page 1 of 2

As to (1) Whether or Not the Pro Se action have been properly dismissed pursuant to 41(a)(1)(A)(i) per the Pro Se Plaintiff request; (2) Whether or Not the issued Court's [Dkt. No. 57] Report, Recommendation and Order is Moot due to the Pro Se Plaintiff's Voluntary Dismissal of the action in its entirety, and; (3) Whether or Not the Pro Se Plaintiff is able to file an Objection to the issued [Dkt. No. 57] Report, Recommendation and Order after the Pro Se Plaintiff have Submitted/filed a Pro Se Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P.

Therefore, via this Pro Se Letter Motion the Pro Se Plaintiff is respectfully seek this Court's Clarification of this issue in hand, Specifically Clarifying whether or not the Pro Se is dismissed pursuant to the Plaintiff's Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1)(A)(i).

Furthermore, in request for a 30 days extension to be able to file a timely Objection to the issued [Dkt. No. 57] Report, Recommendation and Order, in the event that such Report, Recommendation and Order is Not Moot due to the Plaintiff's filed Pro Se Notice of Voluntary Dismissal of the Pro Se action in its entirety.

Please forward this Correspondence to the Judge for consideration.
Thank you.

C.C: File,
AAG: Kathleen M. Kaczor.

Respectfully Submitted,
Plaintiff, Pro Se.
Francisco Santos #13-A-0532

Page 2 of 2

UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Francisco Santos   DIN: 13-A-0532

20-CV-721

To: Clerk of the Court
United States District Court
Western District Court of New York
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

USDC - WDNY
APR 7 2022
BUFFALO

Legal Mail